UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| INTER-NATIONAL FOUNDATION CORP., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )   Case No. 4:10CV1565 RWS ) |
| DISNEY 1999 LIMITED PARTNERSHIP, et al., | ) ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

In accordance with the rulings made on the record during today's hearing,

**IT IS HEREBY ORDERED** that **this case is removed from the July 15, 2013 trial docket, and will be reset, if necessary, upon further Order of the Court.**

**IT IS FURTHER ORDERED** that within ten days of the date of this Order the parties shall either agree upon the selection of a Special Master, and submit that person's name and relevant information, including a curriculum vitae, for the Court's consideration, or the Court will appoint a Special Master after input from the parties.

**IT IS FURTHER ORDERED** that defendants' motion for leave [#154] is granted, and the following motions of plaintiff are denied as moot: [#142, #143, #144].

**IT IS FURTHER ORDERED** that plaintiff's supplemental motion in limine [#156] is denied, and plaintiff's supplemental motion in limine [#157] is denied as moot based upon defendants' withdrawal of these potential witnesses.

**IT IS FURTHER ORDERED** that plaintiff's motion for extension of time for closing argument [#158] is denied without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of July, 2013.